```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 30753
    KIMBERLY M MURRAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3703


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/18/2004 and was confirmed 01/03/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.18% from remaining funds.

      The case was paid in full 01/26/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NATIONAL CAPITAL MGMT LL  SECURED            10175.00       1066.76       10175.00
NATIONAL CAPITAL MGMT LL  UNSECURED           4947.50           .00        1394.11
CHECK N GO                UNSECURED            595.00           .00         167.15
CITY OF CHICAGO PARKING   UNSECURED OTH       2802.87           .00         792.40
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00            .00
DARRYL M GILBERT          UNSECURED           7592.70           .00        2139.47
EMMETT J MARSHALL & ASSO  NOTICE ONLY       NOT FILED           .00            .00
*FCNB                     UNSECURED         NOT FILED           .00            .00
ISAC                      UNSECURED           6670.26           .00        1879.55
PUBLIC STORAGE            NOTICE ONLY       NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED           1127.78           .00         316.79
AMERICASH LOANS LLC       UNSECURED            372.44           .00         104.62
PEOPLES GAS LIGHT & COKE  UNSECURED               .00           .00            .00
ZALUTSKY & PINSKI         REIMBURSEMENT       194.00           .00         194.00
CREDIT UNION 1            UNSECURED         NOT FILED           .00            .00
LUTHER SOUTH HIGH SCHOOL  UNSECURED         NOT FILED           .00            .00
NCO TPA                   UNSECURED         NOT FILED           .00            .00
SPRINT PCS                UNSECURED         NOT FILED           .00            .00
VERIZON WIRELESS          UNSECURED         NOT FILED           .00            .00
AMERICASH LOANS           UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO WATER DE  UNSECURED            839.42           .00         235.79
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         1,334.36
DEBTOR REFUND             REFUND                                            225.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    22,725.00

PRIORITY                                          194.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 30753 KIMBERLY M MURRAY
```

```
SECURED                                            10,175.00
    INTEREST                                        1,066.76
UNSECURED                                           7,029.88
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                1,334.36
DEBTOR REFUND                                         225.00
                              ---------------   ---------------
TOTALS                             22,725.00         22,725.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE